UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00321-MOC-DSC

| | | |
|---|---|---|
| **MARIA A. FRISCIA, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **HUTCHENS, SENTER, KELLAM, & PETTIT,** | ) | |
| **P.A., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiffs' Objection to Magistrate [Judge's]

Memorandum and Recommendation and Order (#37).  Having considered the objection, the

court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Objection to Magistrate [Judge's]

Memorandum and Recommendation and Order (#37) and moving defendants' Response  (#38)

are CALENDARED for hearing January 15, 2014, at 3 p.m. in Charlotte.

Signed: December 3, 2013

Max O. Cogburn Jr.
United States District Judge