# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00321-MOC-DSC

| | |
|---|---|
| CHRISTOPHER C. FRISCIA AND MARIA A. FRISCIA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BANK OF AMERICA, N.A., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice [for Harold E. Lucas]" (document #48). For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 7, 2014

David S. Cayer
United States Magistrate Judge